UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

ARTURO ESPARZA MACIAS, et al.,

CIVIL ACTION NO.: 3:19-CV-00830

*Plaintiff*

vs

MONTERREY CONCRETE, LLC and JOSE DE LA ROSA,

*Defendant*

## AFFIDAVIT OF SERVICE

State of Virginia }
County of Chesterfield } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the State of Virginia,

That on **01/02/2020** at **4:15 PM** at **5309 Lucas Road, Henrico, VA 23228**

deponent served a(n) **Summons and Complaint with Civil Cover Sheet**

on **Jose De La Rosa**

by delivering a true copy of each to said defendant personally;

deponent knew the person so served to be the person described as said defendant therein.

Description of Person Served:
Gender: Male
Skin: Hispanic
Hair: Black/Gray
Age: 36 - 50 Yrs.
Height: 5' 4" - 5' 8"
Weight: 161-200 Lbs.
Other: Beard

Sworn to before me this
22nd day of January, 2020

NOTARY PUBLIC

Karen Rice
Karen Rice

Kenneth V. Condrey
Notary Public - Virginia
Registration # 347158
My Commission Expires 06/30/2020

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160