## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

ARTURO ESPARZA MACIAS, et al.,    )
                                 )
      Plaintiffs,            )
                                 )
v.                                )      Case No. 3:19-cv-00830
                               )
MONTERREY CONCRETE, LLC, and    )
JOSE DE LA ROSA,         )
                               )
      Defendants.         )

## NOTICE OF DEPOSITION
### Jaime Marquez Esparza

PLEASE TAKE NOTICE that the Defendants, Monterrey Concrete LLC and Jose De La Rosa, by counsel, will take the deposition of Plaintiff Jaime Marquez Esparza at McGuireWoods 800 Canal Street, 18th Floor, Richmond, Virginia 23219 **on Friday , September 11, 2020 at 10:00 a.m.** Such deposition shall be continued from day to day and from place to place until the same shall be completed.  The testimony will be recorded by stenographic and/or videotape means.

Mr. Marquez Esparza is requested to bring the documents identified at Exhibit A to the deposition.

You are invited to attend and participate.

Dated: August 28, 2020

Respectfully submitted,

/s/ Robert F. Redmond, Jr.
Robert F. Redmond, Jr. (VSB No. 32292)
Mitchell D. Diles (VSB No. 92202)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia  23219
rredmond@mcguirewoods.com
T: (804) 775-1123
F: (804) 698-2145

*Counsel for Defendants Monterrey Concrete, LLC
and Jose De La Rosa*

**EXHIBIT A**

Any and all documents related to Plaintiff's claims and all documents received by you from Plaintiff's counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2020, I served the foregoing on Plaintiffs' counsel via Fedex.

Preston Smith (VA Bar # 86908)
Ian Hoffman (VA Bar # 75002)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001-3743
Telephone: +1 202.942.6544
Facsimile: +1 202.942.5999
E-mail: preston.smith@arnoldporter.com
E-mail: ian.hoffman@arnoldporter.com

Rachel Colleen McFarland (VA Bar # 89391)
Jason Blair Yarashes (VA Bar # 90211)
Legal Aid Justice Center
1000 Preston Avenue, Suite A
Charlottesville, VA 22903
Telephone : 434-977-0553
Fax: 434-977-0558
Email: rmcfarland@justice4all.org
Email: jasony@justice4all.org

Nicholas Cooper Marritz (VA Bar # 89795)
Simon Sandoval-Moshenberg (VA Bar # 77110)
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Telephone: 703-778-3450
Fax: 703-778-3454
Email: nicholas@justice4all.org

*/s/ Robert F. Redmond, Jr.*

4

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| ARTURO ESPARZA MACIAS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:19-cv-00830 |
| | ) | |
| MONTERREY CONCRETE, LLC, and | ) | |
| JOSE DE LA ROSA, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION OF PLAINTIFF MANUEL MARQUEZ ESPARZA

PLEASE TAKE NOTICE that Defendants Monterrey Concrete, LLC and Jose De La Rosa, by counsel, will take the deposition of Plaintiff Manuel Marquez Esparza at McGuireWoods LLP located at 800 East Canal Street, 18th Floor, Richmond, Virginia 23219 **on Thursday, October 1, 2020 at 10:00 a.m.** The deposition shall continue from day to day, and from place to place, until complete. The deposition will be recorded by stenographic and/or videographic means.

Mr. Marquez Esparza is requested to bring all documents identified in the attached Exhibit A to the deposition.

You are invited to attend and participate.

Dated: August 31, 2020

Respectfully submitted,

*/s/ Robert F. Redmond, Jr.*
Robert F. Redmond, Jr. (VSB No. 32292)
Mitchell D. Diles (VSB No. 92202)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
rredmond@mcguirewoods.com
T: (804) 775-1123

F: (804) 698-2145

*Counsel for Defendants Monterrey Concrete, LLC and Jose De La Rosa*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2020, I served the foregoing on Plaintiffs' counsel via U.S. regular mail.

Preston Smith (VA Bar # 86908)
Ian Hoffman (VA Bar # 75002)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001-3743
Telephone: +1 202.942.6544
Facsimile: +1 202.942.5999
E-mail: preston.smith@arnoldporter.com
E-mail: ian.hoffman@arnoldporter.com

Rachel Colleen McFarland (VA Bar # 89391)
Jason Blair Yarashes (VA Bar # 90211)
Legal Aid Justice Center
1000 Preston Avenue, Suite A
Charlottesville, VA 22903
Telephone : 434-977-0553
Fax: 434-977-0558
Email: rmcfarland@justice4all.org
Email: jasony@justice4all.org

Nicholas Cooper Marritz (VA Bar # 89795)
Simon Sandoval-Moshenberg (VA Bar # 77110)
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Telephone: 703-778-3450
Fax: 703-778-3454
Email: nicholas@justice4all.org

*/s/ Robert F. Redmond, Jr.*

2

## <u>EXHIBIT A</u>

Any and all documents related to Plaintiff's claims and all documents received by you from Plaintiff's counsel.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

ARTURO ESPARZA MACIAS, et al.,    )
    )
    Plaintiffs,    )
    )
v.    )    Case No. 3:19-cv-00830
    )
MONTERREY CONCRETE, LLC, and    )
JOSE DE LA ROSA,    )
    )
    Defendants.    )

**NOTICE OF DEPOSITION OF PLAINTIFF LEOPOLDO GONZALES**

PLEASE TAKE NOTICE that Defendants Monterrey Concrete, LLC and Jose De La Rosa, by counsel, will take the deposition of Plaintiff Leopoldo Gonzales at McGuireWoods LLP located at 800 East Canal Street, 18th Floor, Richmond, Virginia 23219 **on Friday, October 2, 2020 at 10:00 a.m.** Such deposition shall be continued from day to day and from place to place until the same shall be completed. The testimony will be recorded by stenographic and/or videotape means.

Mr. Gonzales is requested to bring all documents identified in the attached Exhibit A to the deposition.

You are invited to attend and participate.

Dated: August 31, 2020    Respectfully submitted,

    */s/ Robert F. Redmond, Jr.*
    Robert F. Redmond, Jr. (VSB No. 32292)
    Mitchell D. Diles (VSB No. 92202)
    McGuireWoods LLP
    Gateway Plaza
    800 East Canal Street
    Richmond, Virginia  23219
    rredmond@mcguirewoods.com
    T: (804) 775-1123

F: (804) 698-2145

*Counsel for Defendants Monterrey Concrete, LLC and Jose De La Rosa*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2020, I served the foregoing on Plaintiffs' counsel via U.S. regular mail.

Preston Smith (VA Bar # 86908)
Ian Hoffman (VA Bar # 75002)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001-3743
Telephone: +1 202.942.6544
Facsimile: +1 202.942.5999
E-mail: preston.smith@arnoldporter.com
E-mail: ian.hoffman@arnoldporter.com

Rachel Colleen McFarland (VA Bar # 89391)
Jason Blair Yarashes (VA Bar # 90211)
Legal Aid Justice Center
1000 Preston Avenue, Suite A
Charlottesville, VA 22903
Telephone : 434-977-0553
Fax: 434-977-0558
Email: rmcfarland@justice4all.org
Email: jasony@justice4all.org

Nicholas Cooper Marritz (VA Bar # 89795)
Simon Sandoval-Moshenberg (VA Bar # 77110)
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Telephone: 703-778-3450
Fax: 703-778-3454
Email: nicholas@justice4all.org

*/s/ Robert F. Redmond, Jr.*

2

## **EXHIBIT A**

Any and all documents related to Plaintiff's claims and all documents received by you from Plaintiff's counsel.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| ARTURO ESPARZA MACIAS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:19-cv-00830 |
| | ) | |
| MONTERREY CONCRETE, LLC, and | ) | |
| JOSE DE LA ROSA, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION OF PLAINTIFF URIEL CISNEROS

PLEASE TAKE NOTICE that Defendants Monterrey Concrete, LLC and Jose De La Rosa, by counsel, will take the deposition of Plaintiff Uriel Cisneros at McGuireWoods LLP located at 800 East Canal Street, 18th Floor, Richmond, Virginia 23219 **on Wednesday, October 7, 2020 at 10:00 a.m.** The deposition shall continue from day to day, and from place to place, until complete. The deposition will be recorded by stenographic and/or videographic means.

Mr. Cisneros is requested to bring all documents identified in the attached Exhibit A to the deposition.

You are invited to attend and participate.

Dated: August 31, 2020

Respectfully submitted,

*/s/ Robert F. Redmond, Jr.*
Robert F. Redmond, Jr. (VSB No. 32292)
Mitchell D. Diles (VSB No. 92202)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia  23219
rredmond@mcguirewoods.com
T: (804) 775-1123
F: (804) 698-2145

*Counsel for Defendants Monterrey Concrete, LLC and Jose De La Rosa*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2020, I served the foregoing on Plaintiffs' counsel via U.S. regular mail.

Preston Smith (VA Bar # 86908)
Ian Hoffman (VA Bar # 75002)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001-3743
Telephone: +1 202.942.6544
Facsimile: +1 202.942.5999
E-mail: preston.smith@arnoldporter.com
E-mail: ian.hoffman@arnoldporter.com

Rachel Colleen McFarland (VA Bar # 89391)
Jason Blair Yarashes (VA Bar # 90211)
Legal Aid Justice Center
1000 Preston Avenue, Suite A
Charlottesville, VA 22903
Telephone : 434-977-0553
Fax: 434-977-0558
Email: rmcfarland@justice4all.org
Email: jasony@justice4all.org

Nicholas Cooper Marritz (VA Bar # 89795)
Simon Sandoval-Moshenberg (VA Bar # 77110)
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Telephone: 703-778-3450
Fax: 703-778-3454
Email: nicholas@justice4all.org

*/s/ Robert F. Redmond, Jr.*

## **<u>EXHIBIT A</u>**

Any and all documents related to Plaintiff's claims and all documents received by you from Plaintiff's counsel.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

ARTURO ESPARZA MACIAS, et al.,    )
    )
    Plaintiffs,    )
    )
v.    )    Case No. 3:19-cv-00830
    )
MONTERREY CONCRETE, LLC, and    )
JOSE DE LA ROSA,    )
    )
    Defendants.    )

## NOTICE OF DEPOSITION OF PLAINTIFF ALONSO CISNEROS AYALA

PLEASE TAKE NOTICE that Defendants Monterrey Concrete, LLC and Jose De La Rosa, by counsel, will take the deposition of Plaintiff Alonso Cisneros Ayala at McGuireWoods LLP located at 800 East Canal Street, 18th Floor, Richmond, Virginia 23219 **on Thursday, October 8, 2020 at 10:00 a.m.** The deposition shall continue from day to day, and from place to place, until complete. The deposition will be recorded by stenographic and/or videographic means.

Mr. Cisneros Ayala is requested to bring all documents identified in the attached Exhibit A to the deposition.

You are invited to attend and participate.

Dated: August 31, 2020            Respectfully submitted,

*/s/ Robert F. Redmond, Jr.*
Robert F. Redmond, Jr. (VSB No. 32292)
Mitchell D. Diles (VSB No. 92202)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
rredmond@mcguirewoods.com
T: (804) 775-1123

F: (804) 698-2145

*Counsel for Defendants Monterrey Concrete, LLC
and Jose De La Rosa*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 31, 2020, I served the foregoing on Plaintiffs' counsel

via U.S. regular mail.

Preston Smith (VA Bar # 86908)
Ian Hoffman (VA Bar # 75002)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001-3743
Telephone: +1 202.942.6544
Facsimile: +1 202.942.5999
E-mail: preston.smith@arnoldporter.com
E-mail: ian.hoffman@arnoldporter.com

Rachel Colleen McFarland (VA Bar # 89391)
Jason Blair Yarashes (VA Bar # 90211)
Legal Aid Justice Center
1000 Preston Avenue, Suite A
Charlottesville, VA 22903
Telephone : 434-977-0553
Fax: 434-977-0558
Email: rmcfarland@justice4all.org
Email: jasony@justice4all.org

Nicholas Cooper Marritz (VA Bar # 89795)
Simon Sandoval-Moshenberg (VA Bar # 77110)
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Telephone: 703-778-3450
Fax: 703-778-3454
Email: nicholas@justice4all.org

*/s/ Robert F. Redmond, Jr.*

2

## **<u>EXHIBIT A</u>**

Any and all documents related to Plaintiff's claims and all documents received by you from Plaintiff's counsel.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| ARTURO ESPARZA MACIAS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:19-cv-00830 |
| | ) | |
| MONTERREY CONCRETE, LLC, and | ) | |
| JOSE DE LA ROSA, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION OF PLAINTIFF CESAR IVAN ESPARZA AGUILAR

PLEASE TAKE NOTICE that Defendants Monterrey Concrete, LLC and Jose De La Rosa, by counsel, will take the deposition of Plaintiff Cesar Ivan Esparza Aguilar at McGuireWoods LLP located at 800 East Canal Street, 18th Floor, Richmond, Virginia 23219 **on Friday, October 9, 2020 at 10:00 a.m.** The deposition shall continue from day to day, and from place to place, until complete. The deposition will be recorded by stenographic and/or videographic means.

Mr. Esparza Aguilar is requested to bring all documents identified in the attached Exhibit A to the deposition.

You are invited to attend and participate.

Dated: August 31, 2020                    Respectfully submitted,

*/s/ Robert F. Redmond, Jr.*
Robert F. Redmond, Jr. (VSB No. 32292)
Mitchell D. Diles (VSB No. 92202)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
rredmond@mcguirewoods.com

T: (804) 775-1123
F: (804) 698-2145

*Counsel for Defendants Monterrey Concrete, LLC
and Jose De La Rosa*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 31, 2020, I served the foregoing on Plaintiffs' counsel via

U.S. regular mail.

Preston Smith (VA Bar # 86908)
Ian Hoffman (VA Bar # 75002)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001-3743
Telephone: +1 202.942.6544
Facsimile: +1 202.942.5999
E-mail: preston.smith@arnoldporter.com
E-mail: ian.hoffman@arnoldporter.com

Rachel Colleen McFarland (VA Bar # 89391)
Jason Blair Yarashes (VA Bar # 90211)
Legal Aid Justice Center
1000 Preston Avenue, Suite A
Charlottesville, VA 22903
Telephone : 434-977-0553
Fax: 434-977-0558
Email: rmcfarland@justice4all.org
Email: jasony@justice4all.org

Nicholas Cooper Marritz (VA Bar # 89795)
Simon Sandoval-Moshenberg (VA Bar # 77110)
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Telephone: 703-778-3450
Fax: 703-778-3454
Email: nicholas@justice4all.org

*/s/ Robert F. Redmond, Jr.*

2

## **<u>EXHIBIT A</u>**

Any and all documents related to Plaintiff's claims and all documents received by you from Plaintiff's counsel.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| ARTURO ESPARZA MACIAS, et al., | ) | |
| | ) | |
|      Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:19-cv-00830 |
| | ) | |
| MONTERREY CONCRETE, LLC, and | ) | |
| JOSE DE LA ROSA, | ) | |
| | ) | |
|      Defendants. | ) | |

## NOTICE OF DEPOSITION OF PLAINTIFF VICTOR DE LOS REYES RABANALES

PLEASE TAKE NOTICE that Defendants Monterrey Concrete, LLC and Jose De La Rosa, by counsel, will take the deposition of Plaintiff Victor de los Reyes Rabanales at McGuireWoods LLP located at 800 East Canal Street, 18th Floor, Richmond, Virginia 23219 **on Tuesday, October 13, 2020 at 10:00 a.m.** The deposition shall continue from day to day, and from place to place, until complete. The deposition will be recorded by stenographic and/or videographic means.

Mr. Reyes Rabanales is requested to bring all documents identified in the attached Exhibit A to the deposition.

You are invited to attend and participate.

Dated: August 31, 2020

Respectfully submitted,

*/s/ Robert F. Redmond, Jr.*
Robert F. Redmond, Jr. (VSB No. 32292)
Mitchell D. Diles (VSB No. 92202)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia  23219
rredmond@mcguirewoods.com
T: (804) 775-1123

F: (804) 698-2145

*Counsel for Defendants Monterrey Concrete, LLC and Jose De La Rosa*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2020, I served the foregoing on Plaintiffs' counsel via U.S. regular mail.

Preston Smith (VA Bar # 86908)
Ian Hoffman (VA Bar # 75002)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001-3743
Telephone: +1 202.942.6544
Facsimile: +1 202.942.5999
E-mail: preston.smith@arnoldporter.com
E-mail: ian.hoffman@arnoldporter.com

Rachel Colleen McFarland (VA Bar # 89391)
Jason Blair Yarashes (VA Bar # 90211)
Legal Aid Justice Center
1000 Preston Avenue, Suite A
Charlottesville, VA 22903
Telephone : 434-977-0553
Fax: 434-977-0558
Email: rmcfarland@justice4all.org
Email: jasony@justice4all.org

Nicholas Cooper Marritz (VA Bar # 89795)
Simon Sandoval-Moshenberg (VA Bar # 77110)
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Telephone: 703-778-3450
Fax: 703-778-3454
Email: nicholas@justice4all.org

*/s/ Robert F. Redmond, Jr.*

## **EXHIBIT A**

Any and all documents related to Plaintiff's claims and all documents received by you from Plaintiff's counsel.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| ARTURO ESPARZA MACIAS, et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:19-cv-00830 |
| | ) | |
| MONTERREY CONCRETE, LLC, and | ) | |
| JOSE DE LA ROSA, | ) | |
| | ) | |
|     Defendants. | ) | |

## NOTICE OF DEPOSITION OF PLAINTIFF LUIS CARLOS ROMERO

PLEASE TAKE NOTICE that Defendants Monterrey Concrete, LLC and Jose De La Rosa, by counsel, will take the deposition of Plaintiff Luis Carlos Romero at McGuireWoods LLP located at 800 East Canal Street, 18th Floor, Richmond, Virginia 23219 **on Wednesday, October 14, 2020 at 10:00 a.m.** The deposition shall continue from day to day, and from place to place, until complete. The deposition will be recorded by stenographic and/or videographic means.

Mr. Carlos Romero is requested to bring all documents identified in the attached Exhibit A to the deposition.

You are invited to attend and participate.

Dated: August 31, 2020               Respectfully submitted,

                                      */s/ Robert F. Redmond, Jr.*
                                        Robert F. Redmond, Jr. (VSB No. 32292)
                                        Mitchell D. Diles (VSB No. 92202)
                                        McGuireWoods LLP
                                        Gateway Plaza
                                        800 East Canal Street
                                        Richmond, Virginia  23219
                                        rredmond@mcguirewoods.com
                                        T: (804) 775-1123

F: (804) 698-2145

*Counsel for Defendants Monterrey Concrete, LLC
and Jose De La Rosa*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 31, 2020, I served the foregoing on Plaintiffs' counsel via

U.S. regular mail.

Preston Smith (VA Bar # 86908)
Ian Hoffman (VA Bar # 75002)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001-3743
Telephone: +1 202.942.6544
Facsimile: +1 202.942.5999
E-mail: preston.smith@arnoldporter.com
E-mail: ian.hoffman@arnoldporter.com

Rachel Colleen McFarland (VA Bar # 89391)
Jason Blair Yarashes (VA Bar # 90211)
Legal Aid Justice Center
1000 Preston Avenue, Suite A
Charlottesville, VA 22903
Telephone : 434-977-0553
Fax: 434-977-0558
Email: rmcfarland@justice4all.org
Email: jasony@justice4all.org

Nicholas Cooper Marritz (VA Bar # 89795)
Simon Sandoval-Moshenberg (VA Bar # 77110)
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Telephone: 703-778-3450
Fax: 703-778-3454
Email: nicholas@justice4all.org

*/s/ Robert F. Redmond, Jr.*

## **EXHIBIT A**

Any and all documents related to Plaintiff's claims and all documents received by you from Plaintiff's counsel.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| ARTURO ESPARZA MACIAS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:19-cv-00830 |
| | ) | |
| MONTERREY CONCRETE, LLC, and | ) | |
| JOSE DE LA ROSA, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF DEPOSITION OF PLAINTIFF REUEL VILLAGRANA CANALES</u>

PLEASE TAKE NOTICE that Defendants Monterrey Concrete, LLC and Jose De La Rosa, by counsel, will take the deposition of Plaintiff Reuel Villagrana Canales at McGuireWoods LLP located at 800 East Canal Street, 18th Floor, Richmond, Virginia 23219 **on Thursday, October 15, 2020 at 10:00 a.m.** The deposition shall continue from day to day, and from place to place, until complete. The deposition will be recorded by stenographic and/or videographic means.

Mr. Villagrana Canales is requested to bring all documents identified in the attached Exhibit A to the deposition.

You are invited to attend and participate.

Dated: August 31, 2020

Respectfully submitted,

*/s/ Robert F. Redmond, Jr.*
Robert F. Redmond, Jr. (VSB No. 32292)
Mitchell D. Diles (VSB No. 92202)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
rredmond@mcguirewoods.com
T: (804) 775-1123

F: (804) 698-2145

*Counsel for Defendants Monterrey Concrete, LLC and Jose De La Rosa*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 31, 2020, I served the foregoing on Plaintiffs' counsel via U.S. regular mail.

Preston Smith (VA Bar # 86908)
Ian Hoffman (VA Bar # 75002)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001-3743
Telephone: +1 202.942.6544
Facsimile: +1 202.942.5999
E-mail: preston.smith@arnoldporter.com
E-mail: ian.hoffman@arnoldporter.com

Rachel Colleen McFarland (VA Bar # 89391)
Jason Blair Yarashes (VA Bar # 90211)
Legal Aid Justice Center
1000 Preston Avenue, Suite A
Charlottesville, VA 22903
Telephone : 434-977-0553
Fax: 434-977-0558
Email: rmcfarland@justice4all.org
Email: jasony@justice4all.org

Nicholas Cooper Marritz (VA Bar # 89795)
Simon Sandoval-Moshenberg (VA Bar # 77110)
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Telephone: 703-778-3450
Fax: 703-778-3454
Email: nicholas@justice4all.org

*/s/ Robert F. Redmond, Jr.*

## **EXHIBIT A**

Any and all documents related to Plaintiff's claims and all documents received by you from Plaintiff's counsel.