**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

ARTURO ESPARZA MACIAS, *et al.*,

Plaintiffs,

     v.

MONTERREY CONCRETE, LLC, and
JOSE DE LA ROSA,

Defendants.

     Case No. 3:19-cv-00830-REP

## <u>DECLARATION OF MANUEL GAGO</u>

1. My name is Manuel Gago and I am a member of the Legal Aid Justice Center's ("LAJC") Immigrant Advocacy Program with the Farmworker Unit in Virginia. I have worked at Legal Aid Justice Center for two years.

2. I am fluent in both English and Spanish.

3. As part of my work for LAJC, I have regularly communicated with plaintiffs in this action for purposes of assisting counsel for plaintiffs in, among other things, assembling required information and documents.

4. I am providing this Declaration to provide the Court with information and documents I have gathered showing that to the best of my information and belief the following nine plaintiffs (the "Mexico Located Plaintiffs") are presently in Mexico: Victor de los Reyes Rabanales, Cesar Ivan Esparza Aguilar, Uriel Cisneros, Leopoldo Gonzales, Jaime Marquez Esparza, Manuel Marquez Esparza, Reuel Eugenio Villagrana Canales, Luis Carlos Romero, and Alonso Cisneros Ayala.

5.  Within the past week (between September 19 and 22), I collected location information from each Mexico Located Plaintiff using global positioning technology available on his cellular telephone, at the cell phone number that I have used to contact that plaintiff (with the exception of  Reuel Eugenio Villagrana Canales provided me with a cellphone screenshot of his location). At my request, each Mexico Located Plaintiff has also provided a photograph of himself in Mexico with a local newspaper bearing a recent date. The output from the global position technology and the photographs are attached to this Declaration as Attachments A through R, as described in the following nine paragraphs. In addition, I asked each of these plaintiffs when they last returned to Mexico, and the information they provided me is also summarized below.

6.  Per the global positioning system confirmation of his cell phone location as shown on Attachment A, Victor De Los Reyes Rabanales is located in Tapachula, Chiapas, Mexico. A photograph of him with a recent Mexican newspaper is Attachment B.  He stated to me that he last traveled from the United States to Mexico in May 2018.

7.  Per the global positioning system confirmation of his cell phone location as shown on Attachment C, Cesar Ivan Esparza Aguilar is located in Rio Grande, Zacatecas, Mexico. A photograph of him with  a recent Mexican newspaper is Attachment D.  He  stated to me that he last traveled from the United States to Mexico in December 2019.

8.  Per the global positioning system confirmation of his cell phone location as shown on Attachment E, Uriel Cisneros is located in Rio Grande, Zacatecas, Mexico.   A photograph of him with a recent Mexican newspaper is Attachment F.  He stated to me that he last traveled from the United States to Mexico in November 2016.

9.  Per the global positioning system confirmation of his cell phone location as shown on Attachment G, Leopoldo Gonzales, is located in Rio Grande, Zacatecas, Mexico.  A photograph of him with a recent Mexican newspaper is Attachment H.  He stated to me that he last traveled from the United States to Mexico in November 2016.

10.  Per the global positioning system confirmation of his cell phone location as shown on Attachment I, Jaime Marquez Esparza, is located in Rio Grande, Zacatecas, Mexico.   A photograph of him with a recent Mexican newspaper is Attachment J.  He stated to me that he last traveled from the United States to Mexico in December 2019.

11.  Per the global positioning system confirmation of his cell phone location as shown on Attachment K, Manuel Marquez Esparza, is located in Rio Grande, Zacatecas, Mexico. A photograph of him with a recent Mexican newspaper is Attachment L.  He stated to me that he last traveled from the United States to Mexico in December 2019.

12.  Per the cell phone location screenshot that he provided me as shown on Attachment M, Reuel Eugenio Villagrana Canales is located in Rio Grande, Zacatecas, Mexico.  A photograph of him with a recent Mexican newspaper is Attachment N.  He stated to me that he last traveled from the United States to Mexico in December 2019.

13.  Per the global positioning system confirmation of his cell phone location as shown on Attachment O, Luis Carlos Romero is located in Guadalupe, Nuevo León, Mexico.  A photograph of him with a recent Mexican newspaper is Attachment P.  He stated to me that he last traveled from the United States to Mexico in November 2019.

14. Per the global positioning system confirmation of his cell phone location as shown on Attachment Q, Alonso Cisneros Ayala is located in Rio Grande, Zacatecas, Mexico.  A photograph of him with  a recent Mexican newspaper is Attachment R.  He stated to me that he last traveled from the United States to Mexico in August 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 23, 2020.

_____
Manuel Gago

**ATTACHMENT A**

# 30868 Tuxtla Chico, CHIS

Mexico



**ATTACHMENT B**



**ATTACHMENT C**



**ATTACHMENT D**



**ATTACHMENT E**



## Uriel Cisneros

1,777 mi away · 11 min ago

Río Grande,
Zacatecas, Mexico



Local time **Thu, 8:39 PM GMT-5**

**Share location with Uriel Cisneros**

**ATTACHMENT F**



**ATTACHMENT G**



**ATTACHMENT H**



EL
**RARO**
**REGRESO A**
fin**D** **CLASES**

TRAS 14 DÍAS DE AISLAMIENTO
**VENCE OBISPO AL COVID-19**
El obispo de la Diócesis de Zacatecas, Sigifredo Noriega Barceló, informó que fue dado de alta después de permanecer en aislamiento domiciliario a causa del coronavirus Covid-19. Pag. 32

www.elsoldezacatecas.com.mx



# El Sol de Zacatecas

ZACATECAS | **DOMINGO 20 DE SEPTIEMBRE DE 2020** | AÑO LVI | NO. 19.952 | ORGANIZACIÓN EDITORIAL MEXICANA
PAQUITA RAMOS DE VÁZQUEZ / PRESIDENTA Y DIRECTORA GENERAL | GERARDO DE ÁVILA / DIRECTOR

## EL DE AYER, FUE UN SÁBADO VIOLENTO
# Matan a jefe policiaco de Juan Aldama

OSCAR SEGURA

### En la comunidad de Los Ángeles de Medrano, en Fresnillo, dejan 3 cuerpos en bolsas plásticas

Una mañana violenta se vivió en el estado con el asesinato de 5 personas; 2 elementos de la policía municipal de Juan Aldama, entre ellos, el director de seguridad pública y uno de sus compañeros heridos.

En Fresnillo tres personas abandonadas, los cuerpos de 3 personas en bolsas plásticas en la comunidad Los Ángeles de Medrano.

**EN JUAN ALDAMA**
El primer hecho ocurrió la madrugada de este sábado, cuando hombres armados llegaron a la comandancia de la policía municipal de Juan Aldama, ubicada en plena zona centro.

Posteriormente abrieron fuego contra las instalaciones, donde sacaron al director de la corporación y otro de los elementos, a quienes asesinaron a balazos.

Derivado del ataque, otro elemento policiaco más resultó lesionado, quien de inmediato fue llevado a un centro hospitalario para recibir atención médica oportunamente, donde se reporta fuera de peligro. **Pág. 7**



## MAPEAN VÍA SATÉLITE AL CRIMEN

**Entre el** 1 de septiembre del año pasado y el 30 de junio pasado, el Sistema Nacional de Inteligencia de la cuatroté recolectó 48 imágenes satelitales de muy alta resolución en Guanajuato, Jalisco, Quintana Roo, Sonora, Yucatán y la Sonda de Campeche, en particular las plataformas petroleras, para identificar pistas clandestinas, ranchos, campamentos de entrenamiento de la delincuencia organizada, el robo de combustible y otras amenazas **Pág. 17**

AYER HUBO 2 DEFENSA

**ATTACHMENT I**



**ATTACHMENT J**

**ATTACHMENT K**



**ATTACHMENT L**



**ATTACHMENT M**



**ATTACHMENT N**



**ATTACHMENT O**



**ATTACHMENT P**



**ATTACHMENT Q**



**ATTACHMENT R**

