IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ARTURO ESPARZA MACIAS,
et al.,

    Plaintiffs,

v.                                  Civil Action No. 3:19cv830

MONTERREY CONCRETE, LLC,
et al.,

    Defendants.

**ORDER**

    Having discussed the matter with counsel by telephone on September 28, 2020, and concluding that it is appropriate so to do, it is hereby ORDERED that the deposition of Jacobo Esparza Aguilar shall be taken in Richmond, Virginia on October 1, 2020 beginning at 9:30 a.m.  The deposition shall be conducted at the offices of defense counsel or at such other place as the parties may agree.

    It is so ORDERED.

                                            /s/
                                 Robert E. Payne
                                 Senior United States District Judge

Richmond, Virginia
Date: September 28, 2020