IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ARTURO ESPARZA MACIAS,
et al.,

    Plaintiffs,

v.                              Civil Action No. 3:19cv830

MONTERREY CONCRETE, LLC,
et al.,

    Defendants.

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER AND FOR AN ORDER PERMITTING REMOTE DEPOSITIONS OF CERTAIN PLAINTIFFS (ECF No. 57) is granted.

It is further ORDERED that, by November 23, 2020, the parties shall submit a proposed Protective Order which, inter alia, shall provide that the Plaintiffs shall be responsible for the increased costs associated with conducting depositions remotely, including, without limitation, the cost of extra interpreters, the cost of equipment and staff to conduct a remote deposition, and the fees of counsel for the defendant in the remote location.

It is so ORDERED.

                                             /s/    REP
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: October 30, 2020