IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ARTURO ESPARZA MACIAS,
et al.,

     Plaintiffs,

v.                                    Civil Action No. 3:19cv830

MONTERREY CONCRETE, LLC,
et al.,

     Defendants.


**ORDER**

Before the Court is the JOINT MOTION REGARDING OCTOBER 30, 2020 SANCTIONS ORDER AND OPINION (ECF No. 146).  Having considered the Motion (ECF No. 146), and counsel having reached a settlement regarding fees and PLAINTIFF JAIME MARQUEZ ESPARZA'S MOTION FOR RECONSIDERATION (ECF No. 140), it is hereby ORDERED that the JOINT MOTION REGARDING OCTOBER 30, 2020 SANCTIONS ORDER AND OPINION (ECF No. 146) is granted in part and denied in part.  It is further ORDERED that:

(1)  PLAINTIFF JAIME MARQUEZ ESPARZA'S MOTION FOR RECONSIDERATION (ECF No. 140) is granted; and

(2)  The MEMORANDUM OPINION (ECF No. 119) and ORDER (ECF No. 120) entered on October 30, 2020 are VACATED; and

(3)   MONTERREY CONCRETE, LLC AND JOSE DE LA ROSA'S NOTICE OF FILING OF DOCUMENTED CLAIM FOR REASONABLE ATTORNEY FEES AND EXPENSES (ECF No. 138) (which the Court construes as a Motion for Reasonable Fee and Expenses) is denied as moot.

It is so ORDERED.

_____ /s/   REP _____
Robert E. Payne
Senior United States District Judge


Richmond, Virginia
Date: December 30 , 2020