IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ARTURO ESPARZA MACIAS,
et al.,

    Plaintiffs,

v.                        Civil Action No. 3:19cv830

MONTERREY CONCRETE, LLC,
et al.,

    Defendants.

**ORDER**

The parties advising that the disputes in this action have been settled, and a JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT (ECF No. 148) having been filed, it is hereby ORDERED that the following motions are denied as moot:

(1) DEFENDANTS' MOTION FOR SANCTIONS UNDER FEDERAL RULE 37(b)(1-2) and (d)(3) (ECF No. 54); and

(2) DEFENDANTS MONTERREY CONCRETE, LLC AND JOSE DE LA ROSA'S MOTION FOR SANCTIONS UNDER RULE 37(d)(1)(A)(ii) (ECF No. 86); and

(3) DEFENDANTS MONTERREY CONCRETE, LLC AND JOSE DE LA ROSA'S MOTION TO COMPEL (ECF No. 89); and

(4) DEFENDANTS MONTERREY CONCRETE, LLC AND JOSE DE LA ROSA'S MOTION FOR SPOLIATION SANCTIONS (ECF No. 91); and

(5) PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY IN FURTHER OPPOSITION TO DEFENDANTS' THREE DISCOVERY MOTIONS (ECF No. 115); and

(6) DEFENDANTS MONTERREY CONCRETE, LLC AND JOSE DE LA ROSA'S MOTION TO QUASH (ECF No. 123); and

(7) DEFENDANTS' MONTERREY CONCRETE, LLC AND JOSE DE LA ROSA'S MOTION FOR SANCTIONS UNDER FEDERAL RULE 37(b)(2) (ECF No. 125); and

(8) PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER (ECF No. 127); and

(9) DEFENDANTS MONTERREY CONCRETE, LLC AND JOSE DE LA ROSA'S MOTION TO STRIKE (ECF No. 129).

It is so ORDERED.

/s/ /REP/
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: January 26 2021