IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ARTURO ESPARZA MACIAS,
et al.,

    Plaintiffs,
v.                                          Civil Action No. 3:19cv830

MONTERREY CONCRETE LLC,
et al.,

    Defendants.

**ORDER**

To facilitate the Court's consideration of the JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT (ECF No. 148), it is hereby ORDERED that by February 1, 2021 at 8:30 a.m. the parties shall file a joint brief explaining, first, how the amount of the settlement relates to the potential recovery in a non-conclusory fashion and, second, why in this case a general release is proper considering that a number of courts have held that general releases are not proper in cases involving Fair Labor Standards Act claims.

    It is so ORDERED.

                                                  /s/        REP
                                        Robert E. Payne
                                        Senior United States District Judge

Richmond, Virginia
Date:  January 29, 2021