IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ARTURO ESPARZA MACIAS, et al,

    Plaintiffs,

v.      Case No. 3:19-cv-00830

MONTERREY CONCRETE, LLC, and
JOSE DE LA ROSA,

    Defendants.

## ORDER

This matter comes before the Court on the Parties' Joint Motion to Approve Settlement (Doc. No. 148) (the "Joint Motion"). In considering the Joint Motion, the Court has reviewed the Memorandum in support of the Joint Motion (Doc. No. 149), and the parties' Joint Response to the Court's January 29, 2021 Inquiries (Doc. No. 156), and also has heard arguments by counsel for both parties at the Court's February 1, 2021 hearing. For the reasons stated on the record during the February 1, 2021 hearing, the Court, having been duly advised, hereby FINDS that the Settlement Agreement (Doc. No. 150-1) is a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act.

Accordingly, it is hereby ORDERED that the Joint Motion (Doc. No. 148) is GRANTED and the parties' proposed Settlement Agreement (Doc. No. 150-1) is APPROVED. As the Settlement Agreement provides for the release of claims between the parties, it is further ORDERED that all claims and counterclaims asserted in this action are hereby DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

It is so ORDERED.

                /s/ REP

                Robert E. Payne
                Senior United States District Judge

Richmond, Virginia
Date: February 2, 2021